MOODY *v.* BURRELL.

HILL, J. Upon conflicting evidence the judge did not err in denying an interlocutory injunction and in dissolving the temporary restraining order. *Johnson* v. *Cantrell*, 150 *Ga.* 114 (102 S. E. 821); *Stephens* v. *Fitzgerald*, 161 *Ga.* 842 (131 S. E. 885); *Gray* v. *Chason*, 158 *Ga.* 313 (123 S. E. 290). *Judgment affirmed. All the Justices concur.*

No. 6686. FEBRUARY 13, 1929.

*J. C. & H. E. Edwards,* for plaintiff.
*McMillan & Erwin,* for defendant.